IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| TUDOR INSURANCE COMPANY, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-81 (MTT) |
| DAVID R. BECHAM, et al., | ) |
| Defendants. | ) |

## ORDER

As a result of the joinder of new parties, the Court amends the following deadlines:

(1) The time for discovery shall expire March 15, 2011;

(2) The Plaintiff must disclose expert witnesses no later than December 15, 2010. Defendants must disclose expert witnesses no later than January 15, 2011. In the event any Defendant discloses an expert and Plaintiff has not previously disclosed an expert, the Plaintiff shall have thirty (30) days to disclose a rebuttal expert; and,

(3) *Daubert* and dispositive motions must be filed no later than April 29, 2011.

Counsel for Plaintiff is directed to forward a copy of this Order to counsel for Auto-Owners Insurance Company and Heather Toomer. Absent extraordinary circumstances, no further adjustment of deadlines will be made.

**SO ORDERED**, this the 10th day of November, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT